UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Marciel M. Balala v. Bayer Corporation, et al.* | No. 13-cv-10164-DRH |
| *Shelly Robertson Blackston. v. Bayer Corporation, et al.* | No. 12-cv-11518-DRH |
| *Jaclyn Arlene Bower v. Bayer Corporation, et al.* | No. 12-cv-11423-DRH |
| *Jessica Cohen v. Bayer Corporation, et al.* | No. 13-cv-10663-DRH |
| *Cameron L. Davis v. Bayer Corporation, et al.* | No. 11-cv-11178-DRH |
| *Jennifer Schall v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10669-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 19, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/ *Caitlin Fischer*
Deputy Clerk

Date: September 22, 2014

Digitally signed by
David R. Herndon
Date: 2014.09.22
15:36:22 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT